UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**MICHAEL JAMES LONGS BEY,**

    **Plaintiff,**

v.                                                **Case No. 8:25-cv-2360-JLB-AAS**

**HILLSBOROUGH COUNTY**
**SHERIFF'S OFFICE, et al.,**

    **Defendants.**
_____/

## ORDER

    Pro se plaintiff Michael James Longs Bey requests access to the court's electronic filing system. (Doc. 9). Mr. Bey fails to establish entitlement to an exemption from the general rule that pro se litigants must file paper documents with the court. *See Ogilvie v. Millsaps*, No. 8:15-CV-2477-T-36JSS, 2015 WL 6688343, at *1 (M.D. Fla. Oct. 30, 2015) (observing that a pro se litigant seeking CM/ECF access must "demonstrate[ ] that an exemption [to the general rule] is necessary to avoid unreasonable burdens and to promote access to information"). As another order in this District recently explained, the discontinuation of the web portal "does not constitute a legal barrier to participation" given that a litigant may still "file documents through the mail

1

or by hand delivery to the clerk's office." *Sheets v. Pribble*, No. 2:24-CV-958-JES-KCD, 2025 WL 2106679, at *1 (M.D. Fla. July 28, 2025).

Accordingly, Mr. Bey's motion for electronic filing access (Doc. 9) is **DENIED**. He may mail hard copies of his filings to the Clerk of the Court or submit them in person at the courthouse.

**ORDERED** in Tampa, Florida, on November 17, 2025.

_Amanda Arnold Sansone_
AMANDA ARNOLD SANSONE
United States Magistrate Judge

2